[No. 29626-4-I.    Division One.    October 17, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. OMAR HAKIM CHAPMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01584-4, R. Joseph Wesley, J., entered

November 4, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy and Agid, JJ.